POLSINELLI PC
Aaron P. Davis
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 803-9918
adavis@polsinelli.com

*Attorneys for Secure Bridge Fund 1, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 10 SHEPHERDS LN MAP LLC, | Case No. 8-26-70355-las |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Aaron P. Davis, Esq. of Polsinelli PC, hereby enters his appearance on behalf of Secure Bridge Fund 1, LLC and requests that all notices given and all papers served in the above-captioned matter be given and served upon:

> Aaron P. Davis, Esq.
> Polsinelli PC
> 600 Third Avenue, 42nd Floor
> New York, New York 10016
> (212) 803-9918
> Fax No. (212) 684-0197
> adavis@polsinelli.com

The foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, the disclosure statement referred to in Bankruptcy Rule 3017, and also includes, without limitation, notice of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings, requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail, or otherwise.

This notice of appearance and request for notice shall not be deemed or construed to be a waiver of any right to: (i) have final orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, setoffs, or recoupments to which such party is or may be entitled, all of which are expressly reserved. Also, this notice shall not be deemed to be implied consent to jurisdiction for any *Stern v. Marshall* category claims that the bankruptcy court may not have authority to enter.

Dated: New York, New York
       February 3, 2026

                        POLSINELLI PC

                        By: */s/ Aaron. P. Davis*
                            AARON P. DAVIS
                            600 Third Avenue, 42nd Floor
                            New York, New York 10016
                            (212) 803-9918
                            Fax No. (212) 684-0197
                            adavis@polsinelli.com

                        ATTORNEYS FOR
                        SECURE BRIDGE FUND 1, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Notice* was served electronically to Debtor's counsel, the U.S. Trustee, and the interested parties who have requested service by ECF notification from the court in this case.

*/s/ Aaron P. Davis*
