Information to identify the case:

Debtor  **10 Shepherds Ln Map LLC**

Name

EIN: 92–3843923

United States Bankruptcy Court  Eastern District of New York

Case number:  **8–26–70355–las**

Date case filed for chapter:  11  1/27/26

# NOTICE OF HEARING TO DISMISS/CONVERT CASE

## NOTICE IS HEREBY GIVEN THAT:

Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, on **May 14, 2026 at 10:00 AM** at the following location:

**United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 970, Central Islip, NY 11722**

Notice is further given that this hearing is being brought on for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this case and such other and further relief as may seem just and proper.

Notice is further given that the original application is on file with the Clerk of the Court and with the United States Trustee, and may be reviewed at either office during regular business hours.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the United States Trustee, Brooklyn cases: Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; Central Islip cases: 560 Federal Plaza, Central Islip, New York 11722–4437, no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure, and indicate the entity submitting the response, the nature of the response and the basis of the response.

The hearing scheduled may be adjourned from time to time by announcement made in open court without further written notice.

Dated: April 13, 2026

For the Court, Paul Dickson, Clerk of Court