# Notice Recipients

District/Off: 0207−8                     User: admin                          Date Created: 4/13/2026

Case: 8−26−70355−las                     Form ID: 226                         Total: 10


**Recipients of Notice of Electronic Filing:**
aty          Karamvir Dahiya          karam@dahiya.law

TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          10 Shepherds Ln Map LLC          10 Shepherds Ln,          Port Washington, NY 11050
smg         United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave. NW          Washington, DC 20220
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12201
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg         United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722−4437
10644592    SECURE BRIDGE FUND 1, LLC          c/o Polsinelli PC,          Aaron P. Davis, Esq          600 Third Avenue, 42nd Fl          New York, NY 10016
10650475    Secure Bridge Fund 1, LLC          c/o Aaron P. Davis, Esq.          Polsinelli PC          600 Third Avenue, 42nd Floor          New York, New York 10016
10644593    THOMAS T MAKKOS          10 Shepherds Ln          Port Washington          Port Washington, NY 11050

TOTAL: 9